Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff
Email: stephen@donigerlawfirm.com
Email: scott@donigerlawfirm.com

JS 6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORP., et al.,<br><br>Defendants. | Case No. CV 10-04416 DSF(AJWx)<br>*Honorable Dale S. Fischer Presiding*<br><br>**[RDER ON REQUEST TO DISMISS ACTION** |

   Upon review of Plaintiff's "Notice Of Chapter 7 Bankruptcy Of Defendant Kaaku Clothing And Request For Dismissal Of Action Without Prejudice" and finding good cause thereon,

   IT IS HEREBY ORDERED that:

   1. This action is to be dismissed without prejudice as to KAAKU CLOTHING CORP.;

   2. Each party is to bear its own costs and fees as incurred against one another.

   SO ORDERED.

   8/8/11
Dated: _____          By: _____
                                  Hon. Dale S. Fischer
                                  United States District Court Judge

1